FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OCT 25  PM 12: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>(1) GREGG A. BIGDA and )<br>(2) STEVEN M. VIGNEAULT, )<br>    Defendants. ) | Criminal No. 18-cr-30051-MGM |

**GOVERNMENT'S MOTION TO SEAL INDICTMENT**

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendants are in custody in the above-captioned case and the Court has ordered the indictment be unsealed.

The United States further moves, pursuant to General Order 06-05 that the United States Attorney, through the undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,
ANDREW E. LELLING
UNITED STATES ATTORNEY

By:    */s/ Deepika B. Shukla*
        DEEPIKA B. SHUKLA
        NY4584009, CT434931
        Assistant United States Attorney
        300 State Street, Suite 230
        Springfield, MA 01105
        413-785-0237
        deepika.shukla@usdoj.gov

Dated: October 25, 2018

10/25/18- Granted - Katherine Robertson, U.S.M.J.