JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Springfield, Palmer    **Related Case Information:**

**County** Hampden

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name   Gregg A. Bigda    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  Palmer, MA

Birth date (Yr only): 1969   SSN (last4#): 4370   Sex  M   Race: White   Nationality: _____

**Defense Counsel if known:**   Timothy Flaherty    Address   Butters Brazilian LLP

**Bar Number** _____    699 Boylston Street, 12th Floor
Boston, MA 02116

## U.S. Attorney Information:

**AUSA**   Deepika Bains Shukla    Bar Number if applicable _____

**Interpreter:**  ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☑ Misdemeanor  1   ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10/25/2018    Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Gregg A. Bigda

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 242 | Deprivation of Rights Under Color of Law (Excessive Force) | 1 |
| Set 2  18 U.S.C. 242 | Deprivation of Rights Under Color of Law (Abusive Interrogations) | 3-4 |
| Set 3  18 U.S.C. 1519 | False Report | 5 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) (Revised USDC MA 12/7/05) Page 2 of 2 or Reverse
Case 3:18-cr-30051-MGM Document 4-1 Filed 10/25/18 Page 2 of 2
USAMA CRIM - Criminal Case Cover Sheet.pdf  3/4/2013