JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**  
**City** Palmer  
**County** Hampden

**Category No.** II  
**Investigating Agency** FBI

**Related Case Information:**  
Superseding Ind./ Inf. _____  Case No. _____  
Same Defendant _____  New Defendant _____  
Magistrate Judge Case Number _____  
Search Warrant Case Number _____  
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Steven M. Vigneault    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) East Longmeadow MA

**Birth date (Yr only):** 1970  **SSN (last4#):** 8289  **Sex** M  **Race:** Hisp./Wh  **Nationality:** _____

**Defense Counsel if known:** Shawn Allyn    **Address** Allyn & Ball  
**Bar Number** _____    480 Hampden Street  
                         Holyoke, MA 01040

## U.S. Attorney Information:

**AUSA** Deepika Bains Shukla    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____  
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial  
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/25/2018    **Signature of AUSA:** _(signed)_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Steven M. Vigneault

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 242 | Deprivation of Rights Under Color of Law (Excessive Force) | 2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____