LAW OFFICES

# ALLYN & BALL, P.C.

**480 HAMPDEN STREET**
**HOLYOKE, MASSACHUSETTS 01040**

413 / 538-7118

FACSIMILE 413 / 538-6199

Shawn P. Allyn*
Lisa A. Ball*

*ALSO ADMITTED IN PENNSYLVANIA

November 29, 2018

Deepika Bains Shukla
Unites States Attorney
United States Courthouse
300 State Street, Suite 230
Springfield, Massachusetts 01105

Re:   United States v. Steven M. Vigneault
      Crim. No. 18-CR-30051-MGM

Dear Attorney Shukla:

Please consider this a request for discovery pursuant to Brady v. Maryland, 373 U.S. 83 (1963). Mr. Vigneault's position is that the data requested may exonerate him and be exculpatory in nature. Moreover, after Mr. Vigneault began cooperating with the United States of America, many, if not all of its immunized witnesses had already begun a pattern of retaliation and other conduct towards him as they learned he was cooperating, which also bears on their motives and bias for testifying.

Notwithstanding this, Mr. Vigneault further maintains that government "debriefings" "recorded" and/or "unrecorded statements" made by him in the course of the long history of cooperation is discoverable as it may be the subject of a Motion to Suppress and Dismiss. See generally, United States of America v. La Luz-Jimez, 226 F. Supp. 3d 79 (January 18, 2017).

At times, Mr. Vigneault met with the government without counsel. As such, the documents requested will shed light on any manifestation through the history of the parties and conduct as to the essential terms of agreements whether written or unwritten. See also United States v. Velez, 354 F. 3d 190, 194 (statements made by defendants during proffer sessions are inadmissible), also citing Fed.R.Crim.P. 11; Fed. R. Evid. 410.

Mr. Vigneault is initially requesting the following materials:

- All emails to and from Steven Vigneault, his representatives on his behalf and with him directly, with the United States of America, including Deepika Bains Shukla and Christopher J. Perras;

- All FBI field notes taken when Steven Vigneault was interviewed by the FBI at the request of the United States Government;

- All notes taken of interviews done between Christopher J. Perras and Steven Vigneault, either with the FBI or without the FBI;

- All notes taken which reflect conversations between Christopher J. Perras and Steven Vigneault when he appeared at the United States of America's Office to be prepared for his Grand Jury Presentment;

- All notes taken which reflect conversations between Deepika Bains Shukla and Steven Vigneault when he appeared at the United States of America's Office to be prepared for his Grand Jury Presentment;

- Any text messages between the FBI agents, and USSA either directly with Steven Vigneault or any of his represtatives as it related to his cooperation with the United States of America;

- All documents which corroborates the data provided by Steven Vigneault as provided to the United States of America;

- All medial and mental health documentations obtained via HIPPA releases provided to the United States of America by Steven Vigneault.

Thank you for your attention in this matter.

Sincerely,

Shawn P. Allyn

cc: Timothy Flaherty, Esq. (via ECF)
    Daniel Kelly, Esq. (via email)