

U.S. Department of Justice

*Andrew E. Lelling*
United States Attorney
District of Massachusetts

*Main Reception: (413) 785-0235*
*Facsimile:       (413) 785-0394*

United States Courthouse
300 State Street, Suite 230
Springfield, Massachusetts  01105-2926

December 31, 2018

FILED VIA ECF WITHOUT ENCLOSURES

VIA OVERNIGHT MAIL

Shawn Allyn, Esq.
Allyn & Ball
480 Hampden Street
Holyoke, MA 01040

   Re: United States v. Gregg A. Bigda and Steven M. Vigneault
     Crim. No. 18-CR-30051-MGM

Dear Mr. Allyn:

  Pursuant to Rule 116.3 of the Local Rules of the United States District Court for the District of Massachusetts, the government encloses a supplemental production in response to your letter dated November 29, 2018. Enclosed please find additional discovery labeled VIG-000938 through VIG-000959. If you have any questions, please do not hesitate to contact me at your earliest convenience.

          Very truly yours,

          ANDREW E. LELLING
          United States Attorney

       By: */s/ Deepika Bains Shukla*_____
          DEEPIKA BAINS SHUKLA
          Assistant U.S. Attorney

Enclosures

cc: Daniel Kelly, Esq.