UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | Criminal No. 18-cr-30051-MGM |
| ) | |
| v.                                                           ) | |
| ) | |
| (1) GREG A. BIGDA and                    ) | |
| (2) STEVEN M. VIGNEAULT,        ) | |
| Defendants.                                         ) | |

**MOTION TO FILE STEVEN M. VIGNEAULT'S OPPOSITION TO THE GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER UNDER SEAL UNLESS OTHERWISE DETERMINED BY THE COURT THAT IT SHOULD BE UNSEALED**

Steven Vigneault, in light of the allegations asserted by the Government in its Motion, moves that the Court allow him to file his opposition to the Government's Motion for a Protective Order under seal unless otherwise determined by the Court that it should be unsealed.

Although the Government's Motion does not contain a Rule 7 Certification, there are emails between Mr. Vigneault and the government attached which relate to the Motion and references in the motion to data the government now claims, after the fact, should be under seal.

Mr. Vigneault does not agree that such opposition should be sealed but in the interest of justice prefer that the Court be allowed to make such determination prior to filing the opposition in the public file on ECF.

WHEREFORE, the Defendant prays that this motion be allowed.

                                                FOR THE DEFENDANT
                                                STEVEN M. VIGNEAULT
                                                BY HIS ATTORNEY,

                                                /s/ Shawn P. Allyn
                                                Shawn P. Allyn
                                                Allyn & Ball, P.C.
                                                480 Hampden Street
                                                Holyoke, MA 01040
                                                BBO#643237
                                                Tel: 413 538-7118
                                                Fax: 413 538-6199


## CERTIFICATE OF SERVICE

     I, hereby certify that the foregoing Opposition to the Government's Motion for Protective Order has been filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on January 3, 2019.

                                                /s/ Shawn P. Allyn
                                                Shawn P. Allyn