

**U.S. Department of Justice**

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Facsimile:       (413) 785-0394*

United States Courthouse
300 State Street, Suite 230
Springfield, Massachusetts  01105-2926

December 3, 2019

FILED ON ECF WITHOUT ENCLOSURES
VIA EMAIL

Matthew Thompson, Esq.
Butters Brazilian LLP
699 Boylston Street, 12th Floor
Boston, MA 02116

Shawn Allyn, Esq.
Allyn & Ball
480 Hampden Street
Holyoke, MA 01040

   Re: <u>United States v. Gregg A. Bigda and Steven M. Vigneault</u>
     Crim. No. 18-CR-30051-MGM

Dear Counsel:

  Please find enclosed discovery in the above referenced case labeled with Bates numbers US014201 through US014204.  The government makes this production pursuant to the court-ordered protective orders (Doc. Nos. 29, 82). The documents are marked as Sensitive Discovery Material, subject to the protective orders. I have also emailed you a word-searchable production log of all discovery produced to date.

  If you have any questions, please do not hesitate to call the undersigned Assistant U.S. Attorney.

            Very truly yours,

            ANDREW E. LELLING
            United States Attorney

         By: */s/ Deepika Bains Shukla*_____
            DEEPIKA BAINS SHUKLA
            Assistant U.S. Attorney

Enclosures