

**U.S. Department of Justice**

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*

*United States Courthouse*
*300 State Street*
*Suite 230*
*Springfield, Massachusetts 01105*

December 11, 2019

BY ELECTRONIC MAIL
FILED VIA ECF WITHOUT ENCLOSURE

Shawn Allyn, Esq.
Allyn & Ball
480 Hampden Street
Holyoke, MA 01040
sallyn@allynandball.com

> Re:   United States v. Gregg A. Bigda and Steven M. Vigneault
>        Crim. No. 18-CR-30051-MGM

Dear Counsel:

The government submits this letter as a supplement to its December 10, 2019 letter and in response to your discovery letter dated November 27, 2019.

After receiving your discovery letter, agents from the Federal Bureau of Investigation ("FBI") interviewed SPD Commissioner Cheryl Clapprood.  Enclosed is a written report of that interview, labeled with Bates number US014231, which contains the following relevant excerpt:

> Nobody from the FBI, nor from the United States Attorneys' Office, ever told CLAPPROOD how to handle Officer LUKE COURNOYER's employment or disciplinary status with the Springfield POLICE DEPARTMENT (SPD). CLAPPROOD stated that she was not instructed by the FBI nor by the United States Attorneys' Office to keep COURNOYER employed at SPD because COURNOYER was a federal witness. It was CLAPPROOD's understanding that she had to "let things play out" in any related criminal investigation and/or prosecution before she took action on a pending internal investigation.

If you have any questions, please do not hesitate to contact us at your convenience.

Very truly yours,

ANDREW E. LELLING
United States Attorney

By:    */s/ Deepika Bains Shukla*
Deepika Bains Shukla
Assistant U.S. Attorney

By:    */s/ Christopher Perras*
Christopher Perras
Special Litigation Counsel
Department of Justice

Enclosure

cc with enclosure:    Matthew Thompson, Esq.
Butters Brazilian LLP
699 Boylston Street. 12th Floor
Boston, MA 02116