UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 18-CR-30051

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| STEVEN M. VIGNEAULT | ) |
| Defendant. | ) |
| | ) |

### RULE 7 CERTIFICATION ON DEFENDANT'S MOTION TO DISMISS

I, Shawn P. Allyn, Esq. hereby certify that I conferred with the United States of America relative to the filing of Defendant's Motion to Dismiss. The parties could not reach agreement as to the motion or use of any statements made by Mr. Vigneault during any trial.

FOR THE DEFENDANT
STEVEN M. VIGNEAULT
BY HIS ATTORNEY,

/s/ Shawn P. Allyn
Shawn P. Allyn
Allyn & Ball, P.C.
480 Hampden Street
Holyoke, MA 01040
BBO#643237
Tel: 413 538-7118
Fax: 413 538-6199

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Rule 7 Certification has been filed through the Electronic Case Filing System, it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on December 16, 2019.

/s/ Shawn P. Allyn
Shawn P. Allyn