UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-CR-30051-MGM |
| | ) | |
| (2) STEVEN M. VIGNEAULT, | ) | |
| Defendant | ) | |

NOTICE OF DISMISSAL OF
STEVEN M. VIGNEAULT FROM THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses STEVEN M. VIGNEAULT from the Indictment in this matter, charging him with deprivation of rights under color of law, in violation of 18 U.S.C. § 242, for using excessive force against D.R. In support of this dismissal, the government states as follows:

At the time of Indictment, the prosecution's case against Vigneault was supported by several pieces of evidence, including, but not limited to: (1) testimony by an officer who witnessed one of the two plainclothes SPD officers on scene—he could not identify whether it was Defendant Bigda or Vigneault—kick D.R. in the face while D.R. was handcuffed and not resisting; (2) Vigneault's statement that he, and not Defendant Bigda, was the plainclothes officer who assisted with the handcuffing and arrest of D.R.; (3) testimony by an officer (who passed an FBI polygraph) that Vigneault pulled him aside shortly after D.R. was in custody, and said, "I just fucking kicked that kid in the face"; (4) Vigneault's admission to his then-girlfriend, months later, that he had kicked one of the juvenile suspects; and (5) Vigneault's decision to resign from SPD in lieu of termination when he was informed that an eyewitness could identify the plainclothes officer who kicked D.R.

On January 8, 2020, counsel for Vigneault informed the government that at a recent videotaped deposition of D.R. in connection with ongoing related civil litigation, D.R. testified under

oath that he was "100 [percent] positive" that the plainclothes SPD officer who kicked him in the face was Defendant Bigda, not Vigneault.  D.R. identified a still photograph of Defendant Bigda as the officer who kicked him.

In light of this new evidence, dismissal of Count Two of the Indictment is in the interests of justice.

Respectfully submitted,

/s/ Eric S. Dreiband
ERIC S. DREIBAND
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

ANDREW E. LELLING
UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

By:  /s/ Christopher J. Perras
Christopher J. Perras, MA Bar 682002
Special Litigation Counsel
U.S. Department of Justice
Washington, DC 20002

/s/ Deepika Bains Shukla
Deepika Bains Shukla, NY Bar 4584009
Assistant United States Attorney
U.S. Attorney's Office
Springfield, MA 01105

By:  /s/ Kyle Boynton
Kyle Boynton, VA Bar VA92123
Trial Attorney
U.S. Department of Justice
Washington, DC 20002

Date: January 22, 2020

Leave to File Granted:

_____
Hon. Mark G. Mastroianni
United States District Judge

2